UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY TAYLOR, | ) | 1:05-CV-00909-REC-TAG HC |
| Petitioner, | )<br>) | ORDER DENYING MOTION FOR<br>APPOINTMENT OF COUNSEL |
| v. | )<br>) | (Doc. 2) |
| W. A. DUNCAN, | )<br>) | |
| Respondent. | )<br>) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 14, 2005, Petitioner filed a motion requesting the appointment of counsel. (Doc. 2). As grounds therefore, Petitioner argues that the issues in his case are complex, that he has suffered in the past from depression and severe headaches, and that his ability to represent himself is limited by his grade-school education. (Id.).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

1 In the present case, the Court does not find that the interests of justice would be
2 served by the appointment of counsel at the present time.
3 Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of
4 counsel (Doc. 2), is DENIED.
5
6 IT IS SO ORDERED.
7 **Dated:   August 13, 2005**                          **/s/ Theresa A. Goldner**
  j6eb3d                                       UNITED STATES MAGISTRATE JUDGE
8