IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TAYLOR,<br><br>    Petitioner,<br><br>    vs.<br><br>W.A. DUNCAN,<br><br>    Respondent.<br>_____/ | 1:05-cv-0909 LJO-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE<br><br>(Doc. 16)<br><br>THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On December 11, 2007, Petitioner filed an amended petition for writ of habeas corpus. (Doc. 14). On January 15, 2007, the Court issued an order to show cause, directing Petitioner to show cause why the amended petition should not be dismissed as untimely. (Doc. 15). Petitioner was required to file a response to the order to show cause by February 19, 2008. On January 31, 2008, Petitioner filed a motion for a thirty-day extension of time to file a response to the order to show cause . (Doc. 16).

    Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time to file a response to the order to show cause is GRANTED, as follows:

    A. Petitioner shall have thirty (30) days from the date of service of this order in which to file a response to the order to show cause.

2. No further extension of time will be granted absent extraordinary circumstances.

**Petitioner is forewarned that his failure to comply with this order will result in Findings and Recommendations recommending that his amended petition be dismissed.**

IT IS SO ORDERED.

Dated:   **February 8, 2008**                                    **/s/ Theresa A. Goldner**
                                                                 UNITED STATES MAGISTRATE JUDGE